BEFORE THE THIRD DIVISION, MAY 3, 1940

No. 43632.—Protests 750892–G, etc., of S. S. Pierce Co. et al. (Boston, etc.).

Opinion by EVANS, J. On the authority of *Lamborn v. United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE SECOND DIVISION, MAY 6, 1940

No. 43633.—Protest 328938–G of R. H. Macy & Co. Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of filet lace articles similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 43634.—Protests 193064–G, etc., of Lord & Taylor (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel embroidered-net galloons similar to those involved in Abstract 12555, filet lace articles like those covered by *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), Normandy laces similar to those passed upon in *United States* v. *Amrein* (26 id. 353, C. A. D. 40), and embroidered wearing apparel like that the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.